# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2017

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152567(79)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL HORACEK,
      Defendant-Appellant.
_____/

SC: 152567
COA: 317527
Oakland CC: 2012-241894-FH

On order of the Chief Justice, the joint motion of the parties to extend the time for filing their supplemental briefs is GRANTED. The supplemental briefs will be accepted as timely filed if submitted on or before May 24, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2017



Clerk